IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JONAS SEBASTIAN JÖDICKE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-14378

Judge Virginia M. Kendall

Magistrate Judge David Weisman

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | huabuduo |
| 2 | nicedaily |
| 3 | HUANGYIZU |
| 4 | lucky superior |
| 6 | Aceliky |
| 7 | kekoufancai |
| 8 | LINCESONG |
| 9 | YUJEI |
| 10 | JDEFARF |
| 11 | qinshenghenmei |
| 12 | Yasuqin |
| 13 | Geugecy-Shop |
| 17 | wehats |
| 18 | flearin |
| 19 | ningmenghua |
| 20 | PRTECY |
| 22 | FQQWEE |
| 29 | Aihexun |
| 34 | zhejiangbairuimaoyikejiyouxianzerengongsi |
| 48 | HyMylyfYLF |

| | |
|---|---|
| 54 | BaoDeXianRuiJiaYuanCanGuan |
| 59 | Umoletech-US |
| 60 | Handimake-us |
| 92 | DAHONGMIMI |
| 96 | formry |

DATED: January 12, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 12, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt